ACCEPTED
01-15-00325-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 12:43:19 PM
CHRISTOPHER PRINE
CLERK

## Nos. 01-15-00324-CR & 01-15-00325-CR

In the
Court of Appeals
For the
First Judicial District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 12:43:19 PM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

### Nos. 1296861 & 1297213
In the 248th District Court of
Harris County, Texas

———————◆———————

**ASTIN CHAVERS CLARK**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.1(a) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 248th District Court of Harris County, Texas, in The State of Texas v. Astin Chavers Clark, Cause Numbers 1296861 and 1297213, appellee was charged with burglary.

2. Appellee pleaded guilty and was sentenced to twenty-five years incarceration.

3. The State's brief was due on October 12, 2015.

5. A 30 day extension of time in which to file the State's brief is requested until November 11, 2015.

6. Two previous extensions have been requested by the State.

7. The facts relied upon to explain the need for this extension are:

    a) Since assigned this case, the undersigned attorney has completed the State's briefs in the following case:

    (1) Cause Number 14-14-00874-CR, *Charles Roberts v. The State of Texas*;

    (2) Cause Number 04-14-01010-CR, *Marcus D. Jackson v. The State of Texas,*;

    (3) Cause Number 14-14-01008-CR, *Mary Kuol v. The State of Texas*;

    (4) Cause Number 14-15-00405-CR, *Jermaine Lewis v. The State of Texas*;

    (5) Cause Number 14-14-00375-CR, *Frank Distefano v. The State of Texas*;

    (6) and Cause Number 14-15-00503-CR, *The State of Texas v. Pastor Isreal Diaz-Bonilla.*

    b) The undersigned attorney has also had to prepare for oral argument in Cause Number 14-14-00375-CR, *Frank Distefano v. The State of Texas*, which occurred on October 8, 2015 and is also preparing for oral argument in

Cause Number 14-14-01008-CR, *Mary Kuol v. The State of Texas*, which will occur on October 22, 2015.

c) The undersigned attorney is also currently engaged in the preparation of the State's Brief in the following appellate cause numbers:

(1) Cause Number 01-14-00885-CR, *Abner Washington v. The State of Texas*;

(2) Cause Number 01-15-00533-CR, *Rodney Burnett, Appellant v. The State of Texas, Appellee*, which involves five points of error;

(3) and Cause Number 14-15-00167-CR, *Carl Dion Lovings v. The State of Texas*.

WHEREFORE, the State prays that this Court will grant an extension of time until November 11, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served to appellant's attorney on October 12, 2015 through TexFile:

Allison Secrest
Attorney at Law
808 Travis Street, 24th Floor
Houston, Texas 77010
Allison@allisonsecrestlaw.com

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net
curry_alan@dao.hctx.net

Date:  October 12, 2015